UNITED STATES of America v. Thomas H. BEAN.

No. 851.

Circuit Court of Appeals, Tenth Circuit.
April 11, 1933.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Glenn O. Young, of Sapulpa, Okl., for appellee.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America v. Eric D. HERRINGTON.

No. 850.

Circuit Court of Appeals, Tenth Circuit.
April 11, 1933.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Merle G. Smith, of Guthrie, Okl., for appellee.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America, Appellant v. Clara IRWIN, Individually, etc., et al.

No. 9806.

Circuit Court of Appeals, Eighth Circuit.
Aug. 14, 1933.

Lewis L. Drill, U. S. Atty., of St. Paul, Minn.

Peter S. Rask, of Minneapolis, Minn., and Philip J. Mackey, of St. Paul, Minn., for appellees.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, pursuant to stipulation of parties.

UNITED STATES of America v. Ida Routzong JACKSON.

No. 848.

Circuit Court of Appeals, Tenth Circuit.
April 11, 1933.

John M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Langley & Langley, of Pryor, Okl., for appellee.

Before COTTERAL, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.